AUSA: Jeanine Brunson   Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint   Deputy Marshal: Travis Messinger   Telephone: (313) 234-5600

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Kenlee Bolton | Case No. Case: 2:21-mj-30482<br>Judge: Unassigned,<br> Filed: 10-13-2021 At 04:54 PM<br>USA v. KENLEE BOLTON (CMP)(MLW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 751(a) | Escape |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis Messinger, Deputy United States Marshal (USMS)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 13, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__   Hon Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Deputy United States Marshal Travis Messinger, after being duly sworn, deposes and says the following:

### INTRODUCTION

1. I am a Criminal Investigator of the United States Marshals Service and have been so employed since August 2010. I am currently assigned to the Detroit Field Division, Detroit, Michigan, Detroit Fugitive Apprehension Team, composed of federal, state and local law enforcement officers investigating federal, state and local fugitives. I have received 23 weeks of specialized training in Glynco, Georgia. During my employment with the United States Marshals Service, I have been involved in numerous fugitive investigations dealing with fugitives wanted for various crimes including violent crimes, narcotics violations, and white-collar crimes. Furthermore, it is part of my duties to investigate and prosecute persons in violation of 18 USC § 751(a), Escape.

### SUMMARY OF THE INVESTIGATION

2. On January 19, 2007, Kenlee BOLTON was received at PCI Victorville to serve 180 months in custody, followed by a three-year term of supervised release. This sentence resulted from BOLTON's conviction for Assault on a Federal Officer Using a Deadly Weapon. BOLTON was released from PCI Victorville on December

1

2, 2019. BOLTON was sent to a federal halfway house located at 8*** Townsend St., Detroit, MI on December 5, 2019. BOLTON agreed in writing to the terms of such a transfer to a residential reentry center, including his signed agreement to a paragraph that included the statement that:

> "I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code."

3. On March 23rd, 2020 at approximately 3:00 pm, BOLTON left the Townsend Street location without authorization. By 4:00 pm that day, BOLTON had not returned as directed and was considered to be in escape status within the Bureau of Prisons.

4. Moreover, on March 23, 2020 at approximately 3:00 pm, BOLTON departed the RRC without authorization and without being outfitted with GPS monitoring equipment. Inmate BOLTON had been in contact with the RRC throughout the day on March 23, 2020, and had voiced his concerns over the COVID-19 virus. But again, BOLTON failed to return to the center and ceased all communication with the RRC staff. The Duty officer was then notified.

2

5.     At this time, BOLTON's whereabouts are unknown. BOLTON was placed on escape status and the United States Marshals Service was notified on March 23, 2020 at 4:38 pm.

## CONCLUSION

6.     Based on the above facts herein, I believe that Kenlee BOLTON has escaped from the CTC East residential reentry center, located at 8*** Townsend St., Detroit, MI. BOLTON has escaped from the custody of the Attorney General, or confinement in an institution where he was confined by the direction of the Attorney General, and he is evading arrest, all in violation of 18 USC § 751(a).

Respectfully submitted,

_Travis Messinger_
Travis Messinger
Deputy United States Marshal
United States Marshals Service

Sworn to and subscribed before me
and/or by reliable electronic means.

_[signature]_
Hon. Anthony P. Patti
United States Magistrate Judge

Date:  October 13, 2021

3